Division made a new finding of fact to the effect that it was agreed between husband and wife that the income from the trust fund as paid to Ardelia Bruff should be and remain her property.

*Arthur E. Sutherland* for appellants.

*George H. Harris* and *Horace G. Pierce* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

EDWARD S. BOWLEND, JR., Appellant, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

*Principal and surety — undertaking — bonds — condition that judgment not exceeding stated amount with interest and costs will be paid — surety not liable for running interest on claim when such interest with principal sum recovered exceeds penal sum of undertaking.*

*Bowlend* v. *United States F. & G. Co.*, 218 App. Div. 656, affirmed. (Argued April 7, 1927; decided May 3, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1927, in favor of defendant, upon the submission of a controversy under sections 546 and 547 of the Civil Practice Act. The controversy was as to the proper interpretation of an undertaking the condition of which was that " the defendant, Frederick A. De Pilis, will, on demand, pay to the plaintiff the amount of any judgment which may be recovered in the action against the defendant, Frederick A. De Pilis, not exceeding the sum of One thousand ($1,000) Dollars with interest and costs." On March 16, 1926, plaintiff took judgment against De Pilis for $1,000, the amount of his claim, with $198 interest, being the amount accrued from October 21, 1922, and $186.71 costs. Defendant herein paid plaintiff the amount of its conceded liability, namely, $1,000, with interest from March 16, 1926, the date of the judgment against De Pilis, and $186.71 costs, with interest thereon

from March 16, 1926. The question was as to plaintiff's right to the additional $198 " running interest " on plaintiff's claim against De Pilis. The Appellate Division held that the surety company was liable only for the amounts specified in the bond.

*W. N. Seligsberg, Clarence M. Lewis* and *Donald Marks* for appellant.

*William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Tax — assessment — exemption — benevolent associations — action to cancel assessments levied upon real property of benevolent association used in part as public restaurant.*

*Young Women's Christian Assn.* v. *City of New York*, 217 App. Div. 406, affirmed.

(Argued April 7, 1927; decided May 3, 1927.)

APPEAL from a judgment, entered June 24, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was in equity for cancellation of taxes assessed upon real property of the plaintiff for the years 1920, 1921 and 1922. The property in question, situated at the corner of Hudson and West Twelfth street in the city of New York, was used as a rooming and boarding house for working girls, and operated on a cost basis. A restaurant was also conducted in which meals were served not only to the occupants of the building but to the public. The Appellate Division held that the assessments complained of were not illegal.